# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Jacobson

                            Plaintiff,

v.                                                   Case No.: 1:22−cv−06655
                                                         Honorable Charles P. Kocoras

Wakefield and Associates, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of the Court's order granting the motion to dismiss [19] and Plaintiff's indication that he will not file an amended complaint [22], this matter is dismissed with prejudice. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.